**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Edgar GALICIA–MORENO, also know as Rolando Sanchez Martinez, also known as Rolands Martinez, also know as Rolando S. Martinez, also know as Edgar Moreno Galicia, Defendant–Appellant.**

No. 05–20304.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided April 19, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Thomas A. Martin, Law Offices of Thomas A. Martin, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

* Pursuant to the 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: *

Court-appointed counsel, Thomas A. Martin, moves for leave to withdraw and filed an *Anders*[1] brief in support of his motion. GaliciaMoreno did not file a response. After review both of counsel's brief and of the record, we conclude that no nonfrivolous issues remain for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.[2]

1. *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

